UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHIGEO NAKAGOSHI,

           **Plaintiff,**

-vs-                                        Case No. 6:05-cv-1175-Orl-28DAB

MITSUKOSHI USA, INC.,

           **Defendant.**
_____

# ORDER

This case is before the Court on Plaintiff's Verified Motion for Attorney's Fees and Costs (Doc. 24) filed December 28, 2005. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed February 14, 2006 (Doc. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Verified Motion for Attorney's Fees and Costs (Doc. 24) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 2nd day of March, 2006.

　　　　　　　　　　　　　　　　　　　JOHN ANTOON II
　　　　　　　　　　　　　　　　　　　United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party